# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**SONOHM LICENSING LLC,**

          Plaintiff,

  v.

**CREATIVE LABS, INC.,**

          Defendant.

Case No.: 4:20-cv-08368-HSG

**ORDER DENYING CONTINUING THE CASE MANAGEMENT CONFERENCE**

Judge: Hon. Haywood S. Gilliam, Jr.

**DEMAND FOR JURY TRIAL**

The Motion to Continue the Case Management Conference requesting that the Case Management Conference be moved to April 27, 2021 at 2:00 p.m. is DENIED.

DATED:  2/10/2021

